ACCEPTED
05-15-01312-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
11/30/2015 1:46:52 PM
LISA MATZ
CLERK

## NOS. 05-15-01312-CR and 05-15-01313-CR

| | | |
|---|---|---|
| **EX PARTE** | § | **IN THE COURT OF APPEALS FOR THE** |
| | § | DALLAS, TEXAS |
| | § | **FIFTH DISTRICT OF TEXAS** |
| | § | |
| **ROBERT ANTHONY HUNT** | § | **DALLAS, TEXAS** |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
11/30/2015 1:46:52 PM
LISA MATZ
Clerk

## MOTION FOR ONE-WEEK EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

**NOW COMES,** the Appellant, ROBERT ANTHONY HUNT, and moves for a one-week extension of time to file the Appellant's Brief in these cases, and in support thereof would show the following:

I.

a. These cases are pending below in the Criminal District Court No. 4 of Dallas County, Texas under Cause Nos. WX15-90038-K and WX15-90039-K, styled *Ex Parte Robert Anthony Hunt*.

b. This is an appeal from the order denying Appellant's pretrial application for writ of habeas corpus seeking a modification of the bond conditions.

c. The Appellant's Brief is due November 30, 2015.

d. Appellant requests a one-week extension until December 7, 2015, to file the brief.

f. The reason for this request is that the briefing period for this brief fell during the Thanksgiving holiday and counsel's office was closed for a portion of this time.

Additionally, counsel just today received a copy of the reporters record.

**Motion for One-Week Extension of Time to File Appellant's Brief - Page 1**

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that this Motion be granted.

Respectfully submitted,

/s/  Gary A. Udashen
GARY A. UDASHEN
Texas State Bar No. 20369590

SORRELS, UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas  75201
214-468-8100
214-468-8104 fax

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion for One-Week Extension of Time to File Appellant's Brief was electronically delivered to the Dallas County District Attorney's Office, on this the 30th day of November, 2015.

/s/  Gary A. Udashen
GARY A. UDASHEN